592

No. 372. UNITED STATES PRINTING AND LITHOGRAPH Co. v. GRIGGS, COOPER & Co. October 22, 1928. Petition for writ of certiorari to the Supreme Court of the State of Ohio granted. *Messrs. Frank F. Dinsmore* and *Walter F. Murray* for petitioner. *Messrs. S. Howard Morphy* and *Orris P. Cobb* for respondent.

No. 375. UNITED STATES v. CALIFORNIA COOPERATIVE CANNERIES. October 2, 1928. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Mitchell* and *Assistant to the Attorney General Donovan* for the United States. *Messrs. Frank J. Hogan* and *Nelson T. Hartson* for respondent.

No. 407. COMMISSIONER OF INTERNAL REVENUE v. OLD COLONY R. R. October 22, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Mitchell, Assistant Attorney General Mabel Walker Willebrandt,* and *Mr. Clarence M. Charest* for petitioner. *Messrs. James S. Y. Ivins* and *Kingman Brewster* for respondent.

No. 416. UNITED STATES EX REL. CLAUSSEN v. DAY, COMMISSIONER OF IMMIGRATION. October 22, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Silas B. Axtell* and *Charles A. Ellis* for petitioner. *Solicitor General Mitchell, Asistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

No. 450. MORRIS & Co. ET AL. v. SKANDINAVIA INSURANCE Co. October 22, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit